1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT
9                          FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12    **CRAIG G. COOPER,**                        Case No. 1:09-cv-00085-AWI-MJS (PC)

                         Plaintiff,               **ORDER GRANTING DEFENDANT'S
13                                                REQUEST FOR EXTENSION OF TIME
      **v.**                                      TO FILE A RESPONSIVE PLEADING
14                                                AFTER SCREENING**

15    **JAMES YATES, et al. ,**

16                         Defendants.
17

18          Defendant's request for an extension of time to file a responsive pleading after

19    screening was considered by this Court and, good cause appearing, IT IS ORDERED

20    that Defendants shall have thirty days after the Court has screened Plaintiff's second

21    amended complaint to file a responsive pleading.

22
23
24
25    IT IS SO ORDERED.
26
27       Dated:   February 3, 2011          /s/ Michael J. Seng
28                                          UNITED STATES MAGISTRATE JUDGE
                                           1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2